John Michalski, Respondent, v. Empire Engineering Corporation, Appellant.— Judgment and order affirmed, with costs. All concurred.

Godfrey Miller, Plaintiff, v. The City of Buffalo, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs, upon the authority of decision in same case on former appeal, reported at 136 Appellate Division, 914. All concurred, except Spring and Kruse, JJ., who dissented.

Wyckoff Advertising Company, Respondent, v. Guilluame A. Mann, Appellant.— Judgment and order affirmed, with costs. All concurred.

Jarvis-Payne Company, Respondent, v. Norman R. Robinson, Appellant.— Judgment and order affirmed, with costs. All concurred.

John Klaus, Plaintiff, v. United States Rubber Reclaiming Works, Defendant.— Plaintiff's exceptions sustained, and motion for new trial granted, with costs to plaintiff to abide event. Held, that the plaintiff made out a *prima facie* case. All concurred.

Giovanni Banchetti, as Administrator, etc., of Vincenzo Vercillo, Deceased, Respondent, v. Furnaceville Iron Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Thomas M. Johnson, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Calvin Fogelsanger, Respondent, v. Anna Gehres, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the trial court should have discharged the jury when requested to do so by defendant's counsel because of repeated inflammatory and improper remarks by plaintiff's counsel before the jury, after being warned. All concurred, except Spring, J., who dissented upon the ground that there is no claim made that the verdict is excessive.

The City of Buffalo, Respondent, v. Arthur E. Stevenson, Appellant.— Motion for leave to appeal to the Court of Appeals granted.

Louise P. Newcomb, Appellant, v. Gertrude M. Jones and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Francis A. Bird, Appellant, v. The City of Buffalo, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

The City of Buffalo, Appellant, v. Whitmier & Filbrick Company, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Ophelia C. Klein, Respondent, v. Gordon T. Graham, Appellant, Impleaded, etc.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.